[No. 4842–1.   Division One.   April 27, 1978.]

M. Grace Okerstrom, *Appellant,* v. Don Lundberg, et al, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 776088, Stanley C. Soderland, J., entered June

17, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Williams, J.